# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAUL TAY, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CIV-22-484-D |
| STEPHEN R. PAZZO, | ) ) ) |
| Respondent. | ) ) |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Gary M. Purcell pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 5] in its entirety.

For the reasons stated therein, Petitioner's Motion to Proceed *in forma pauperis* [Doc. No. 2] is **DENIED** and this action is dismissed without prejudice to refiling.

**IT IS SO ORDERED** this 8th day of September, 2022.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge