# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAUL TAY, | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-22-484-D |
| STEPHEN R. PAZZO, | ) |
| Respondent. | ) |

## JUDGMENT

Pursuant to the Order adopting the magistrate judge's Report and Recommendation [Doc. No. 8], this action is DISMISSED WITHOUT PREJUDICE to refiling.

**ENTERED** this 8th day of September, 2022.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge